**IN RE: ADOPTION OF:**
**S.A.K., a Minor**

**Petition of: A.M.K., Mother**

**No. 352 MAL 2017**

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**David ADKINS, Petitioner**

**No. 176 MAL 2017**

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**